**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dominick Burke
                     Plaintiff,

v.                                    Case No.: 1:15−cv−03198
                                                     Honorable Charles R. Norgle Sr.

RCN Telecom Services, LLC
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 19, 2015:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to stay [23] is granted. Motion hearing held on 6/19/2015. Plaintiff's response to Defendant's to Dismiss [20] is due on or before 7/10/2015. Defendant's reply is 7/17/2015. Status hearing is set 8/21/2015 at 10:00 a.m. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.